# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2240

_____

|  |  |  |
|---|---|---|
| LaVerne G. Rens, parent and next friend of L.R., a minor, | * * * | |
| Appellant, | * * | |
| v. | * * * | Appeal from the United States District Court for the |
| Arkansas Department of Education; Little Rock School District, | * * | Eastern District of Arkansas |
| Appellees. | * * * | [UNPUBLISHED] |

_____

Submitted: November 17, 1998
Filed:   January 7, 1999

_____

Before McMILLIAN, RICHARD S. ARNOLD, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

LaVerne G. Rens appeals from the final judgment entered in the District Court[1] for the Eastern District of Arkansas dismissing his claims against the Arkansas Department of Education and the Little Rock School District in this action brought under the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. §§ 1400-1491

_____

[1]The Honorable Elsijane T. Roy, United States District Judge for the Eastern District of Arkansas.

(1990 & Supp. 1997). Upon a thorough review of the record and the parties' briefs, we conclude that dismissal was warranted, because Rens's complaint alleges no more than a harmless procedural violation of the IDEA. Because we believe that an opinion would lack precedential value, we summarily affirm the judgment. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.